No. 353. MILK WAGON DRIVERS UNION OF CHICAGO, LOCAL 753, ET AL. *v.* MEADOWMOOR DAIRIES, INC. June 3, 1940. Motion for leave to file a second petition for re-

656

hearing granted. The motion papers are treated as a petition for rehearing, and rehearing is granted. The order of October 23, 1939, denying certiorari, 308 U. S. 596, is vacated. The petition for certiorari to the Supreme Court of Illinois is granted. *Messrs. Joseph Padway* and *Abraham W. Brussell* for petitioners. *Messrs. Donald N. Schaffer* and *Edward M. Keating* for respondent.